# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 4:94CR00044-012 |
| CHUNGA HAKI MATATA ) | USM No: 10729-058 |
| Date of Previous Judgment: 3/27/1997 ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360 (Cts. 18,24&25)__ months **is reduced to** __291 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __36__          Amended Offense Level: __34__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __324__ to __405__ months   Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):   A sentence of 291 months on each of Counts 18, 24 and 25 is recommended. All counts to run concurrent.
In Counts 12, 15 & 16 the sentence will remain at the statutory maximum of 240 months.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __3/27/1997__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __April 7, 2009__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge